# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT HOLLINGSHEAD, | Case No. 2:22-cv-01081-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| JIM ROBERTSON, | |
| Respondent. | |

This habeas matter was transferred by the Northern District of California. (ECF No. 10.) In the transfer order, the Northern District of California states that "petitioner challenges a conviction and sentence he received in the Nevada County Superior Court, which lies in the District of Nevada." (*Id.*) However, the Nevada County Superior Court lies in Nevada City, California. As such, this action is transferred to the Eastern District of California as that is the district of conviction.

**IT IS THEREFORE ORDERED** that the Clerk of the Court transfer this action to the United States District Court for the Eastern District of California.

Dated: July 11, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT